IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IAN FOLEY,<br><br>    Plaintiff,<br><br> v.<br><br>SUNDANCE HOLDINGS GROUP, LLC,<br><br>    Defendant. | Civil Action No. 1:22-cv-00105-JLS |

**NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)**

  1. Whereas Plaintiff Ian Foley filed the above-referenced case against Defendant Sundance Holdings Group, LLC on February 4, 2022.

  2. Whereas Defendant has not yet answered Plaintiff's Complaint, and thus dismissal is appropriate without Court order, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i).

  3. Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff hereby dismisses the Complaint with prejudice.

Dated: June 2, 2023      Respectfully Submitted,

              */s/ Benjamin Sweet*
              Benjamin J. Sweet
              ben@nshmlaw.com
              **NYE, STIRLING, HALE, MILLER**
              **& SWEET, LLP**
              1145 Bower Hill Road, Suite 104
              Pittsburgh, PA 15243
              Phone: (412) 857-5350

              *Attorneys for Plaintiff Ian Foley*

## CERTIFICATE OF SERVICE

    I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 2nd day of June, 2023.

                                             */s/ Benjamin J. Sweet*
                                               Benjamin J. Sweet